Lawrence J.H. Liu (SBN 312115)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
E-Mail: Lawrence.Liu@hklaw.com

Thomas W. Brooke (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7271
E-Mail: Thomas.Brooke@hklaw.com

Angela M. Jimenez (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
1650 Tysons Blvd, Suite 1700
Tysons, Virginia 20170
Telephone: (703) 720-8638
E-Mail: Angela.Jimenez@hklaw.com

Attorneys for PN Medical, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PN MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DNJ GLOBAL LLC, d/b/a THE PIPER d/b/a THE PIPER STORE; and DOES 1-10, <br><br> Defendants. | Case No.: <br><br> **VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION AND TRADE DRESS INFRINGEMENT UNDER 15 U.S.C. § 1125(A); CALIFORNIA COMMON LAW UNFAIR COMPETITION; AND CALIFORNIA UNFAIR COMPETITION LAW (UCL) UNDER CAL. BUS. & PROF. CODE § 17200** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

Plaintiff **PN MEDICAL, INC.** (hereafter "PN Medical" or "Plaintiff"), files this

Verified Complaint against Defendant **DNJ Global, LLC**, doing business as **THE**

///

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

1   **PIPER** and/or doing business as **THE PIPER STORE** (hereafter "PIPER" or

2   "Defendant"), based upon information and belief as follows:

3   <u>**NATURE OF THE CASE**</u>

4   This is an action for federal unfair competition and trade dress infringement

5   under 15 U.S.C. § 1125(a); California common law unfair competition; and

6   California's Unfair Competition Law (UCL) Cal. Bus. & Prof. Code § 17200.  This

7   case is based on Defendant, **THE PIPER's** willful, knowing, persistent, and

8   unauthorized use of imitations of Plaintiff's product trade dress (as hereinafter defined)

9   in connection with Defendant's sale and advertisement of its product **THE PIPER** (the

10  knock-off version of Plaintiff's product **THE BREATHER**).

11  <u>**PARTIES**</u>

12  1.      Plaintiff PN Medical, Inc., is a Florida corporation doing business at 3571

13  S. Atlantic Ave, Cocoa Beach, FL 32931.

14  2.      Defendant DNJ Global, LLC, is a limited liability company organized

15  under the laws of the State of California doing business at 3756 W. Avenue, K233, Los

16  Angeles, California 90065.

17  3.      Plaintiff does not know the true names or capacities of defendants sued

18  herein as Does 1 through 10, inclusive, nor the full extent of their participation in

19  wrongdoing described herein, and therefore sues said defendants by their fictitious

20  names.  Plaintiff will amend this pleading to allege their true names and capacities

21  when ascertained with appropriate allegations.  Plaintiff is informed and believes and

22  on such basis thereon alleges that Does 1 through 10, inclusive, and each of them are

23  the agents or employees of, acted in concert with, aided, abetted, conspired with each

24  other, and have acted to harm Plaintiff as alleged in this Complaint.  The Doe

25  defendants, together with all named defendants, shall be collectively referred to as

26  "Defendants."

27  ///

28  ///

- 2 -
**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

**JURISDICTION AND VENUE**

4.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 15 U.S.C. § 1125(a).  Further, this Court possesses subject matter jurisdiction over this action insofar as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest or costs, and is between citizens of different states as provided in 28 U.S.C. § 1332(a)(1).  Additionally, this Court has supplemental jurisdiction over Plaintiff's state, statutory and common law claims under 28 U.S.C. § 1367(a) as these claims are part of the same case or controversy as the federal claims in this action.

5.     This Court has personal jurisdiction over Defendants by virtue of the long-arm jurisprudence of the State of California.  Specifically, each Defendant has committed tortious acts within the State of California.  Defendants own and operate a business located at 3756 W. Avenue, K233, Los Angeles, California 90065. Defendant's product **THE PIPER** unfairly competes with Plaintiff's product **THE BREATHER**, and makes false representation as to the endorsement, origin, quality, and character of the products Defendants offer.  Specifically, Defendants solicit business within the State of California, including but not limited to, the use, advertising, marketing, promoting, distribution, offering for sale, and/or sale of **THE PIPER** products in California that infringe upon Plaintiff's product trade dress.

6.     Venue is properly placed in this District and Division pursuant to 28 U.S.C. §§ 1391(b) and (c), because the claims in the Complaint arose, in this District, Defendants' principal place of business exist in this District, and because this Court has personal jurisdiction over Defendants in this District.

**FACTUAL BACKGROUND**

**A.** **Plaintiff's Mission and Intellectual Property**

7.     Plaintiff PN Medical helps people worldwide improve their respiratory health and performance.  PN Medical is the owner of the name and mark **THE BREATHER** and similar variations including **BREATHER COACH**, **BREATHER**

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

**FIT**, **BREATHER UNIVERSITY**, and **BREATHER VOICE**. Plaintiff's "**THE BREATHER**" trademarks cover respiratory exercisers and related software used in connection with respiratory devices and the treatment of respiratory diseases and conditions. Plaintiff's **THE BREATHER** mark and variations have become widely recognized associated with PN Medical and its products.

8.    Plaintiff owns several U.S. Trademark Registrations for **THE BREATHER** and its variations: (a) Reg. No. 1,607,377 **THE BREATHER** for "respiratory exerciser for medical use;" (b) Reg. No. 5,823,117 **BREATHER FIT** for "respiratory exerciser for medical and athletic use;" (c) Reg. No. 5,822,942 **BREATHER COACH** for "software to be used in connection with respiratory devices and treatment protocols to track, store, and report data points, and provide recommendations for action for medical and non-medical purposes." Copies of corresponding trademark registration certificates are attached hereto as **Exhibit A**.

9.    Founded in 1980, PN Medical is an industry leader in respiratory exercises for medical use and has helped people worldwide improve their respiratory health and performance. The Company's mission is to help millions of people around the world reach their peak breathing potential, strengthen their heart and lungs, and improve their quality of life without prescription medications.

10.    Plaintiff's **THE BREATHER** product was first launched in 1985. Plaintiff's **THE BREATHER's** mark was first used in commerce in November 1985. *See* **Exhibit A**.

11.    Plaintiff's **THE BREATHER** product was the first drug-free device for those who suffer from shortness of breath, speech, swallow difficulties, COPD, and other chronic illnesses resulting in respiratory muscle weakness. Plaintiff's **THE BREATHER** product allows individuals to adjust the inhale and exhale resistance levels independently so that they can train your lungs in a way that is specific to their needs. It has become the number one Respiratory Muscle Training ("RMT") device with more than 1.5 million users.

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

12.    PN Medical respiratory exercises sold under it's **THE BREATHER** and related marks bears no resemblance to any other product on the mark.  Its looks and shape constitutes protectable trade dress.   The features of Plaintiff's **THE BREATHER** product are inherently distinguishable and are identified with Plaintiff.

13.    PN Medical has invested substantial resources—time and money—in researching, advertising, and promoting its products and services under **THE BREATHER** and related marks and distinctive trade dress.  As a result of its efforts, Plaintiff has developed valuable trademark rights extending nationwide. The product configuration for Plaintiff's product is unique and inherently distinctive.

14.    PN Medical's products are highly regarded and well-received by consumers and health providers in the United States for their excellent craftsmanship, high-quality, and signature style. As a result of its products' quality and unique designs, Plaintiff's product sold under **THE BREATHER** mark and related marks and its unique trade dress has achieved extraordinary success in brand recognition and market penetration.

15.    Defendant has never been an authorized user of **THE BREATHER** mark or trade dress as a licensee or as a retailer.  Defendant has never received authorization from Plaintiff to use its trade dress in any capacity on Defendant's **THE PIPER** product.

16.    Defendant claims that **THE PIPER** is a lung breathing exerciser and trainer for lung health.  Defendant's **THE PIPER**  product uses the same trade dress as Plaintiff's product **THE BREATHER.**

**B.  The Breather's Trade Dress**

17.    For several years, PN Medical has created, and extensively and continuously used, unique designs as source identifiers of its sought after respiratory product, and PN Medical holds extensive trade dress rights to its product.

18.    PN Medical's **THE BREATHER** products has 6 inspiratory and 5 expiratory settings and is available in blue or pink color.  Defendant's product **THE**

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

1  **PIPER** has a very slight variation with 6 inspiratory and 6 expiratory settings.

2  Defendant's product **THE PIPER** also uses the same trade dress as Plaintiff's blue

3  version of **THE BREATHER**.  The blue version of **THE BREATHER** is shown

4  below.



14  19.    PN Medical has trade dress rights in the overall look and appearance of

15  its **THE BREATHER** product, including, but not limited to the visual flow of **THE**

16  **BREATHER** product; the placement of number dials on each side of **THE**

17  **BREATHER** product; the design, style, and appearance of the curves and lines in

18  **THE BREATHER** product; the design, appearance, and placement of the "exhale"

19  and "inhale" locations and settings; the design, the top placement of comfort grips of

20  **THE BREATHER** product, the color contrast and color combination of **THE**

21  **BREATHER** product; the packaging; the placement of the name and logo in the

22  middle of the product; and the overall look and appearance of the mouthpiece adapter

23  that **THE BREATHER** product uses in connection with its product (hereinafter

24  collectively referred to as "**THE BREATHER TRADE DRESS**"). **THE**

25  **BREATHER** is inherently distinguishable from other sources of goods/services in the

26  respiratory health industry since the 1980s.

27  ///

28  ///

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

20.     Plaintiff has invested substantial effort and resources into developing and promoting its **THE BREATHER** product and **THE BREATHER TRADE DRESS** since the 1980s.

21.     Plaintiff has enjoyed significant sales of its product bearing **THE BREATHER TRADE DRESS** throughout the United States, including sales to customers in the State of California.

22.     The strength and recognition of **THE BREATHER TRADE DRESS** is evident from the considerable amount of unsolicited media attention acknowledging PN Medical's prominent use of such non-traditional designs, with unsolicited media often referring to **THE BREATHER** product as one of the most sought after gifts for loved ones suffering from respiratory problems.  True and correct examples of such media attention are attached hereto as **Exhibit B**.

23.     Consequently, **THE BREATHER TRADE DRESS** represents a valuable asset for Plaintiff.

C. <u>**Defendant's Product THE PIPER And Its Infringing Activities**</u>

24.     With full knowledge of Plaintiff's ownership and use of Plaintiff's **THE BREATHER TRADE DRESS**, Defendants copied and used all elements and color of Plaintiff's **THE BREATHER TRADE DRESS** in connection with its respiratory exerciser product **THE PIPER** (see below).



**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

25.     Defendant primarily sells **THE PIPER**, the knock-off version of **THE BREATHER,** on Amazon at the following URL: https://www.amazon.com/Piper-Breathing-Exercise-Device-Lungs/dp/B095R1PGC8/ref=sr_1_1_sspa?crid=2MGFLO8A4ES9A&keywords=the+piper+breather&qid=1651191894&sprefix=the+piper+breath%2Caps%2C276&sr=8-1-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyMzNTVkZZNVo2OTFBJmVuY3J5cHRlZElkPUEwNDk1OTE4MUdaQkxPNDBNTzlPTCZlbmNyeXB0ZWRBZElkPUEwMzgwOTA2MlBSWlY0OU9ZUEc1NiZ3aWRnZXROYW1lPXNwX2F0ZiZhY3Rpb249Y2xpY2tSZWRpcmVjdCZkb05vdExvZ0NsaWNrPXRydWU

A copy of Defendant's **THE PIPER** product page is shown below on Amazon's website.



26.     As noted in the above picture, **THE PIPER** is now referred to as "**THE PIPER BREATHER**" as Amazon's Choice on Amazon.

27.     Amazon provides the product details of **THE PIPER** on its website.  It lists the Defendant as the manufacture of the product, provides information of when it first became available on May 24, 2021, and the ASIN No. B095R1PGC8.  As of the time of this filing, **THE PIPER** has Amazon's Best Sellers Rank No. 5,356 in Health

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

& Household Products and has reached the No. 1 spot in Breathing Trainers and Monitors on Amazon.[1]  Upon Defendant reaching the  No. 1 spot on Amazon, **THE BREATHER** now has an Amazon's Best Sellers Rank No. 11,272 (which is a significant increase than its rank a year ago at No. 5,187).  Defendant's product **THE PIPER** reached the No. 1 spot on Amazon by causing consumer confusion as to the source or affiliation of its product with Plaintiff's product **THE BREATHER**. Defendant's infringement is causing customers to believe they can purchase **THE PIPER**, a knock-off version for a lesser amount (under $20 dollars), than **THE BREATHER** believing that **THE PIPER** would be of same medical grade and quality as **THE BREATHER**. A true and accurate copy of Defendant's product offering on Amazon is attached hereto as **Exhibit C**.

28.    Prior to Defendant's infringement, **THE BREATHER** held the No. 1 spot in Breathing Trainers and Monitors on Amazon from May 1, 2019 to February 8, 2022.

29.    As shown by the Comparisons below, **THE PIPER** bears an identical design as **THE BREATHER** (see below comparison of Plaintiff's and Defendant's product):

| THE BREATHER | THE PIPER |
|:---:|:---:|



Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

---

[1] An Amazon Best Sellers Rank (BSR) is a number in Amazon's catalog and is awarded once the item has had at least one sale. For that reason, the BSR is a good indicator of how well a product is currently selling on Amazon. The lower the product's BSR, the better its sales.

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

**Side By Side Comparison**



30.     In addition, Defendant's product **THE PIPER** bears an identical packaging design as Plaintiff's product **THE BREATHER**.  The distinctive look and feel of **THE BREATHER'S** packaging has been associated with **THE BREATHER'S TRADE DRESS**.

31.     Consumers continue to identify the unique shape and feel of the **THE BREATHER'S** packaging and associate it with Plaintiff's respiratory products.

32.     Defendant's product **THE PIPER** uses the same packaging design as Plaintiff's product **THE BREATHER**. Defendant has taken **THE BREATHER'S** packaging design and copied it. **THE PIPER'S** packaging design is a counterfeit knock-off version of **THE BREATHER'S** packaging (see below back and front ///

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

comparison of Plaintiff's product packaging for **THE BREATHER** and Defendant's product packaging for **THE PIPER**):

**FRONT**

| The Breather | The Piper |
| :---: | :---: |

**BACK**

| The Breather | The Piper |
| :---: | :---: |

33.     Defendant's product packaging for **THE PIPER** is confusingly similar to **THE BREATHER'S** packaging as it uses the same orange and black colors on the back of its product packaging. Consumers would view **THE PIPER'S** product

///

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

packaging as being associated or affiliated with **THE BREATHER'S TRADE DRESS** and/or believe **THE PIPER** is one of Plaintiff's product.

34.    The distinctive look and feel of **THE BREATHER'S** product packaging has and continues to be associated with one source only and that is PN Medical, who produces **THE BREATHER** and provides services associated with **THE BREATHER'S** mark.

35.    Due to Defendant's infringing activities, Plaintiff has lost sales and its ranking dropped on Amazon's website. As of the time of this filing, **THE BREATHER** is now No. 3 in Breathing Trainers and Monitors on Amazon despite holding the No. 1 position since 2019. Since Plaintiff's awareness of Defendant's infringement activities it has taken several steps to protect its trade dress and packaging trade dress.

36.    As of result of Defendant's activities, Plaintiff was forced to create a new product packaging for **THE BREATHER** (see below new product packaging design).



37.    Plaintiff has incurred significant costs associated with creating and developing a new product packaging, including but not limited increased graphic designs, additional packaging materials, and research and development costs in order to differentiate itself from Defendant's infringing product packaging activities.

///

///

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

38.   Plaintiff was compelled to increase its cost to approximately $1.00 per device to account for the costs associated with the new packaging. At the time of filing, Plaintiff has incurred approximately $25,000 in design costs and initial production.

39.   In addition to the new packaging costs, Plaintiff incurred and continues to incur additional advertising costs of approximately $20,000 per month to combat Defendant's infringement and their advertising of a counterfeit product. Plaintiff expects advertising costs will rise to almost $50,000 per month in order to protect **THE BREATHER'S** market share. Plaintiff had a loss of over $200,000 in sales per month for the past five (5) months and believes that it may have lost approximately $500,000 in sales during the Christmas season.

40.   Due to the significant continued loss of market share, Plaintiff was also force to reduce its workforce by 25% as well as reduce its research spending on the benefits of respiratory muscle training (RMT) on strengthening user's respiratory system and accelerating recovery from COVID-19.

41.   Plaintiff was further compelled to hire an employee for the sole purpose of answering complaints from potential and existing customers about Defendant's product **THE PIPER** and to further explain to them that **THE PIPER** is not in any way affiliated with Plaintiff's product and/or is the equivalent of Plaintiff's product **THE BREATHER**. This confusion among consumers has resulted in **THE BREATHER** receiving a 1 star review due to Defendant's infringement with **THE PIPER**.

42.   To date, Plaintiff continues to incur extensive costs associated with Defendant's continued infringement of **THE BREATHER'S TRADE DRESS** and product packaging. It has negatively affected Plaintiff and has caused irreparable injury to Plaintiff, and to the goodwill and business reputation associated with Plaintiff.

///

///

///

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

### D. Quality Differences Between The Products

43.     There are three main differences in quality between Plaintiff's product **THE BREATHER** and Defendant's knock-off product **THE PIPER**.

44.     First, the product inhale and exhale settings on Defendant's **THE PIPER** products are very similar to each other, resulting in a poor experience for the consumer. Defendant's product has a soft plastic coating which scratches easily and further leaves debris inside the dials to be inhaled.  On the other hand, Plaintiff's product is finely tuned with independently adjustable dials with distinct pressure differences per dial which enhances the user's experience.

45.     Second, Plaintiff's product is an U.S. Food & Drug Administration (FDA) registered device and is compliant with medical regulations including California Proposition 65, officially known as the Safe Drinking Water and Toxic Enforcement Act of 1986.  Defendant's product is not FDA registered and is not compliant with FDA medical regulations.  Due to the lack of proper registration, Defendant's product is unlikely to use medical grade plastics and materials.  A true and accurate copy of Plaintiff's product FDA registration is attached hereto as **Exhibit D**.

46.     Third, Plaintiff's product is backed by 40 years of clinical evidence, multiple studies, and clinical experts.  On the other hand, Defendants do not provide clinical evidence and do not have an independent website other than Amazon to provide their clinical studies.

47.     Due to the difference in quality, Plaintiff was forced to educate its consumers and health care professionals on the danger of knock-off versions of products like **THE PIPER**.  A copy of the differences and illustrations can be found on Plaintiff's website and attached hereto as **Exhibit E**.

///

///

///

///

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

**E.  <u>Plaintiff's Attempts To Stop Defendant's Inappropriate Use Of The Breather's Trade Dress Through Amazon's Website</u>**

48.    On or about August 2021, Plaintiff first became aware of Defendant's infringement activities on Amazon's website.  On August 3, 2021, Plaintiff purchased Defendant's **THE PIPER** product and it was delivered on August 8, 2021.  A true and accurate photograph of Plaintiff's test purchase of Defendant's product **THE PIPER** is below.





49.    On August 12, 2021, Plaintiff submitted an infringement report to Amazon under Case Id. No. 8715954821.

50.    On August 17, 2021, Amazon informed Plaintiff that it will not take any action with respect to Plaintiff's infringement report. A copy of Amazon's infringement reports are hereto attached as **Exhibit F**.  On the same day, Plaintiff escalated the case to Strategic Account Services (SAS) Core, which is a service offered by Amazon that allows sellers access to a designated account manager, an advisor inside Amazon who can help scale your business, reach new customers, and increase

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

sales. Plaintiff was assigned SAS Case No. 8742187441. Plaintiff also included a side by side comparison of **THE PIPER** and **THE BREATHER** product images.

51. On September 7, 2021, Plaintiff received a rejection notice from SAS indicating that the notices provided are invalid and/or inaccurate. A copy of SAS response to Plaintiff's Counterfeit Report is attached hereto as **Exhibit F at page 3**.

52. On September 9, 2021, Plaintiff submitted a third report to Amazon's Brand Registry under Case ID. 885876241, which was denied on September 10, 2021. A copy of Amazon's Brand Registry response to Plaintiff's Counterfeit Report is attached hereto as **Exhibit F at pages 3-4**.

53. Finally, on September 15, 2021, Plaintiff re-escalated the case to SAS under Case ID: 8892637821. On October 14, 2021, Plaintiff was informed by SAS that they will be closing the case and no further action is necessary on Plaintiff's part. SAS further advised that they have reviewed and processed the report. However, it will not disclose its findings as it contains sensitive information from its internal team. A copy of SAS response to Plaintiff's Counterfeit Report is attached hereto as **Exhibit F at pages 3-4**.

54. Defendant has relied, and will continue to rely, on Plaintiff's existing goodwill, consumer recognition, marketing, promotion and advertising of Plaintiff's **THE BREATHER** products so that it can continue to enhance the sales of their infringing product **THE PIPER**.

55. Plaintiff has not authorized, licensed or otherwise condoned or consented in any way to Defendant's use of Plaintiff's **THE BREATHER TRADE DRESS** or any other designs of **THE BREATHER**.

56. Defendant's action is decreasing the capacity of the trade dress to identify and distinguish Plaintiff's products, and to cause harm to Plaintiff's business reputation.

57. Defendant's use of Plaintiff's **THE BREATHER TRADE DRESS** in connection with competing respiratory breathing products is likely to continue to cause consumer confusion as to the source or affiliation of those products. Plaintiff's **THE**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

**BREATHER TRADE DRESS** and product packaging are inherently distinctive and distinguishable from other sources of goods/services in the respiratory health industry since the 1980s.

58.     Unless ordered by this Court, such conduct will permit Defendant to gain an unfair competitive advantage over Plaintiff, permit Defendant to enjoy the public interest in and marketing power of Plaintiff's **THE BREATHER TRADE DRESS** and product packaging, and cause substantial harm to unsuspecting consumers who are likely to purchase Defendant's inferior product, believing the infringing product originate from or associated with Plaintiff.

59.     Further, if Defendant is permitted to continue using, promoting, marketing, advertising, distributing and selling products using Plaintiff's **THE BREATHER TRADE DRESS** and product packaging, Defendant's actions will continue to cause irreparable injury to Plaintiff, and to the goodwill and business reputation associated with Plaintiff.

## CLAIMS FOR RELIEF

## COUNT I

**FEDERAL UNFAIR COMPETITION, FALSE REPRESENTATION, FALSE DESIGNATION OF ORIGIN, AND TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1125(a); LANHAM ACT § 43(a)**

**(Against All Defendants)**

60.     Plaintiff re-alleges and incorporates Paragraphs 1 through 59 as if fully set forth herein.

61.     The **BREATHER** marks, **THE BREATHER TRADE DRESS**, and product packaging has become uniquely associated with and identify Plaintiff's products and services.

62.     Defendant's use of Plaintiff's trade dress and product packaging to promote, market, or sell its products in competition with Plaintiff's products constitutes false designation of origin and unfair competition in violation of 15 U.S.C. § 1125(a). ///

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

63.     Defendant's unauthorized use of **THE BREATHER TRADE DRESS** and identical product packaging, creates a false designation of origin, and false or misleading descriptions or misrepresentations of fact and are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of the services or commercial activities of Defendant by Plaintiff.  Defendant's acts represent falsely that Defendant's business is legitimately connected with Plaintiff's or emanates from or is authorized, sponsored, endorsed, or approved by Plaintiff, in violation of 15 U.S.C. § 1125(a).

64.     **THE BREATHER TRADE DRESS** and product packaging are inherently distinguishable from other sources of goods/services in the respiratory health industry since the 1980s.

65.     Plaintiff owns these stylistic elements as a trade dress and has acquired goodwill in them.  These elements serve no functional purpose.

66.     Defendant has used its product name in the same spot as Plaintiff, used the same blue and white color, and has along the top of the product three placement stripes in identical nature as Plaintiff's product. Defendant has used confusingly similar product packaging as Plaintiff's product. Defendant has done so without Plaintiff's consent in a manner likely to cause confusion among ordinary consumers as to source, sponsorship, affiliation, or approval of the respiratory product Defendant offers.

67.     Defendant's infringement and violations have caused, and unless enjoined by this Court will continue to cause, irreparable injury to Plaintiff.  Plaintiff has no adequate remedy at law.

68.     Plaintiff has suffered damages as a result of Defendant's violation under 15 U.S.C. § 1125(a).

///

///

///

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

## COUNT II

### CALIFORNIA STATUTORY UNFAIR COMPETITION
### (CAL. BUS & PROF CODE §17200)

### (Against All Defendants)

69.   Plaintiff re-alleges and incorporate Paragraphs 1 through 68 as if fully set forth herein.

70.   Defendant's wrongful acts constitute "unlawful, unfair or fraudulent business act[s] or practice[s] and unfair, deceptive, untrue, or misleading advertising" within the meaning of California Business and Professions Code § 17200.

71.   Defendant's acts are, and will continue to be, irreparably damaging to Plaintiff unless enjoined by this Court.  Accordingly, Plaintiff has no adequate remedy at law.

72.   As a consequence of Defendant's actions, Plaintiff is entitled to injunctive relief and an order that Defendant disgorges all profits gained in offering services under Plaintiff's trade dress.

## COUNT III

### CALIFORNIA COMMON LAW UNFAIR COMPETITION

### (Against All Defendants)

73.   Plaintiff re-alleges and incorporates paragraphs 1-72 as if fully set forth herein.

74.   Since the inception of its business, Defendant has attempted to create an association between its enterprise and Plaintiff's established business offering respiratory exercisers for medical and athletic use under Plaintiff's trade dress and product packaging. Defendant has attempted to pass off its services as endorsed by or affiliated with Plaintiff. Plaintiff did not approve, authorized, or sanction Defendant's activities.

///

///

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

75.     Upon information and belief, Defendant's actions have resulted in consumer confusion, namely that consumers believe that Defendant's **THE PIPER** product is associated with or endorsed by Plaintiff.

76.     Defendant's actions resulted in harm to the reputation of Plaintiff's mark, which is associated with respiratory health products.

77.     Defendant's acts are, and will continue to be, irreparably damaging to Plaintiff unless enjoined by this Court.  Accordingly, Plaintiff has no adequate remedy at law.

78.     As a consequence of Defendant's actions, Plaintiff is entitled to injunctive relief and an order that Defendant disgorges all profits gained in offering services under Plaintiff's trade dress and compensates Plaintiff for any lost business as a result of damage to its brand and for any damage to Plaintiff's **THE BREATHER** marks and trade dress' accumulated goodwill.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff demands judgment against Defendants for the following:

a.   That Defendants be adjudged:

>   1. to have infringed Plaintiff's trademarks in violation of California common law;

>   2. to have competed unfairly against Plaintiff in violation of California common law, California Business and Professions Code § 17200, and 15 U.S.C. § 1125(a);

b.   That Defendants, its agents, officers, servants, employees, and affiliates, and all those persons in active concert or participation with it, be preliminarily and thereafter permanently enjoined and restrained from:

>   1. Using the terms "**THE BREATHER**" or the **THE BREATHER TRADE DRESS,** or product packaging, or any other words confusingly similar to the marks or trade dress of "**THE**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

- 20 -

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION AND TRADE DRESS INFRINGEMENT**

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

BREATHER" and other related marks that include the term 404.898.8111 "**THE BREATHER**" alone or in combination with other words, as a service, trademark, trade name, trade dress, component, or otherwise to market, promote, advertise, or identify Defendant's services;

2. Otherwise infringing the marks or trade dress of **THE BREATHER;**

3. Using misleading advertising to suggest endorsement by Plaintiff of Defendants' product and/or services when no such endorsement exists; and

4. Causing a likelihood of injury or injury to business reputation of Plaintiff's distinctive marks.

c.   Pursuant to 15 U.S.C. §1125, California common law unfair competition, and California Unfair Competition Law (UCL) under § 17200, Plaintiff be awarded its damages in after an accounting, restitution, Defendant's profits, and Plaintiff's attorneys' fees and costs, statutory damages, and that this award of damages be trebled.

d.   That Defendants be required to recall and deliver up and destroy all literature, advertising, promotional materials, and other material bearing the term **THE PIPER** or any other confusingly similar term that imitate or are "knock-off" of **THE BREATHER**.

e.   Such other and further relief as this Court may deem just and proper.

///
///
///
///
///
///
///

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**

## JURY DEMAND

Plaintiff demands a jury trial on all issues so triable.

## VERIFICATION

I have reviewed the foregoing allegations and Complaint and verify that they are true and correct to the best of my knowledge, information and belief.

DATED: May 13, 2022

*Mark A Carbone*          CEO
Name and Title

PN MEDICAL, INC.

DATED: May 17, 2022

Respectfully Submitted by,

HOLLAND & KNIGHT LLP

By: _____
Lawrence J.H. Liu

HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
E-Mail: lawrence.liu@hklaw.com

Thomas W. Brooke Virginia Bar No. 32388
(*pro hac vice* pending)
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 663-7271
E-Mail: thomas.brooke@hklaw.com

Angela M. Jimenez Virginia Bar No. 44688
(*pro hac vice* pending)
HOLLAND & KNIGHT LLP
1650 Tysons Blvd, Suite 1700
Tysons, Virginia 20170
Telephone: (703) 720-8638
E-Mail: angela.jimenez@hklaw.com

Attorneys for Plaintiff, PN MEDICAL, INC.

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

- 22 -

**VERIFIED COMPLAINT FOR FEDERAL UNFAIR COMPETITION
AND TRADE DRESS INFRINGEMENT**