1  PHIL IP LAW Inc.
2  Narek Zohrabyan, Esq. (SBN 290385)
   1055 East Colorado Blvd., Suite 500
3  Pasadena, CA 91106
   Tel: 619-929-0606
4  E-mail: nzoh@philip.law
5
6  Attorney for Defendant, DNJ GLOBAL LLC
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10             **WESTERN DIVISION**
11
12

| | |
|---|---|
| PN MEDICAL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DNJ GLOBAL LLC, a California limited liability company d/b/a THE PIPER d/b/a THE PIPER STORE; and DOES 1-10SHANYAN, as an individual, and DOES 1-10,<br><br>Defendants, | Case No. 2:22-cv-03350-SVW-MRW<br><br>Hon. Judge Stephen V. Wilson<br>Magistrate Judge Michael R. Wilner<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed: May 17, 2022<br>Complaint Served: June 7, 2022<br>Current response date: June 29, 2022<br>New Response date: July 28, 2022 |

TO THE HONORABLE COURT:

[1]

---

**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Pursuant to Civil Local Rules 8-3, Plaintiff PN MEDICAL, INC., (hereinafter "Plaintiff") and Defendant DNJ GLOBAL LLC (hereinafter "Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 17, 2022, Plaintiff filed its Complaint in this action;

WHEREAS, on May 20, 2022, Plaintiff filed its First Amended Complaint (hereinafter "FAC") in this action;

WHEREAS, Plaintiff served its Complaint and FAC on Defendant on June 7, 2022;

WHEREAS, Defendant's deadline to respond to the FAC is currently June 29, 2022,

WHEREAS, the parties have conferred and agreed to extend the deadline for Defendant to respond to Plaintiff's FAC by 30 days to July 28, 2022; and

WHEREAS, there have been no other extensions of time to respond to the Complaint nor to the FAC in this action, and the requested extension will not have an effect on any other deadlines set by the Court in this case;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that Defendant's deadline to answer or otherwise respond to Plaintiff's FAC is extended to July 28, 2022.

```
1    DATED: June 9, 2022                    PHIL IP LAW Inc.
2
3
                                            By: /s/ Narek Zohrabyan
4                                           Narek Zohrabyan
                                            Attorneys for Defendant
5                                           DNJ GLOBAL LLC
6
7
8
9
10   DATED:  June 10, 2022                  Holland & Knight LLP
11
12                                                /s/ Lawrence Liu
                                            By: _____
13                                              Lawrence J.H. Liu
                                                Attorneys for Plaintiff
14                                              PN MEDICAL INC.
```

[3]

**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(2)(i), I, Narek Zohrabyan, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Narek Zohrabyan
Narek Zohrabyan