# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PN MEDICAL, INC., a Florida corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DNJ GLOBAL LLC, a California limited liability company d/b/a THE PIPER d/b/a THE PIPER STORE; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-03350-SVW-MRW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

///
///`

---

1
[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL  33510
Tel: 813.901.4200
Fax: 813.901.4201

# [PROPOSED] ORDER

The Court, after considering Plaintiff's Motion for a Preliminary Injunction (the "Motion"), the parties' briefs and any admissible evidence attached thereto, and the oral argument presented at the hearing, and good cause appearing, hereby **GRANTS** Plaintiff's Motion and issues the following Orders:

The Court finds that Plaintiff is likely to succeed on the merits of it trademark infringement claim under the Lanham Act 15 U.S.C. § 1125(a); California Statutory Unfair Competition (Cal. Bus & Prof Code § 17200); and California common law unfair competition.

The Court further finds that Plaintiff is suffering, and in the absence of an injunction, is likely to continue to suffer, irreparable harm from Defendants' conduct. The Court finds in Plaintiff's favor on the balance of hardships, as there is no cognizable hardship in being forced to stop infringing Plaintiff's trademark rights and stop falsely advertising its products and services as being associated with, or in any way related to, Plaintiff's respiratory training device under The Breather mark or trade dress.

Accordingly, **IT IS FURTHER ORDERED** that Defendants, their officers, directors, employees, agents, and all persons acting on their behalf or in concert with them, for the pendency of this action, are hereby enjoined from:

1. Defendants will immediately using the terms "THE BREATHER" or the THE BREATHER TRADE DRESS, or product packaging, or any other words confusingly similar to the marks or trade dress of "THE BREATHER" and other related marks that include the term "THE BREATHER" alone or in combination with other words, as a service, trademark, trade name, trade dress, component, or otherwise to market, promote, advertise, to identify Defendants' services;

2. Otherwise infringing the marks or trade dress of THE BREATHER;

3. Using misleading advertising to suggest endorsement by Plaintiff of Defendants' product and/or services when no such endorsement exists; Engaging in

any other conduct that will cause, or is likely to cause confusion, mistake, deception, or misunderstanding as to the affiliation, connection, or association or origin, sponsorship, or approval of their businesses, goods, or services with or by Plaintiff's product under THE BREATHER mark.

**IT IS SO ORDERED.**

**SO ORDERED** this _____ day of _____, 2022.

_____
Hon. Stephen V. Wilson
United States District Judge

Holland & Knight LLP
524 Grand Regency Boulevard
Brandon, FL 33510
Tel: 813.901.4200
Fax: 813.901.4201

## CERTIFICATE OF SERVICE

I certify that on August 11, 2022, I electronically filed the foregoing document(s) and that they are available on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

>Phil IP Law, Inc.,
>Narek Zohrabyan, Esq
>1055 East Colorado Blvd., Suite 500
>Pasadena, CA 91106
>Tel: 619-929-0606
>E-mail: nzoh@philip.law
>Counsel for Defendant, DNJ Global, LLC

>Respectfully Submitted by,
>
>HOLLAND & KNIGHT LLP
>
>By: /s/ *Lawrence J.H. Liu*
>　　　Lawrence J.H. Liu
>
>HOLLAND & KNIGHT LLP
>400 South Hope Street, 8th Floor
>Los Angeles, California 90071
>Telephone: (213) 896-2400
>E-Mail: lawrence.liu@hklaw.com

#177042833_v1